### State of New York
### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  July 31, 2014         518254
_____

In the Matter of DUVEREH
   DELGADO,
                 Appellant,

      v                          MEMORANDUM AND ORDER

ANDREA D. EVANS, as Chair of
   the Division of Parole,
                 Respondent.
_____

Calendar Date:  June 9, 2014

Before:  Peters, P.J., Lahtinen, Egan Jr., Lynch and Devine, JJ.

_____

       Duvereh Delgado, Woodbourne, appellant pro se.

       Eric T. Schneiderman, Attorney General, Albany (Victor Paladino of counsel), for respondent.

_____

       Appeal from a judgment of the Supreme Court (LaBuda, J.), entered November 15, 2013 in Sullivan County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole denying petitioner's request for parole release.

       Petitioner commenced this CPLR article 78 proceeding to challenge a 2012 determination of the Board of Parole that denied his request for parole release.  Petitioner reappeared before the Board in April 2014, at which time his request for parole release again was denied.  The present appeal is thus moot and, inasmuch as we are unpersuaded by petitioner's contention that the exception to the mootness doctrine is applicable, it must be

dismissed (see Matter of Anderson v New York State Bd. of Parole, 113 AD3d 1010, 1010 [2014]; Matter of Hilaire v Board of Parole, 112 AD3d 1263, 1264 [2013]).

Peters, P.J., Lahtinen, Egan Jr., Lynch and Devine, JJ., concur.

ORDERED that the appeal is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court